Young *v.* Colby.

---

## YOUNG *v.* COLBY.

Scire facias *forthwith*—justice's act—judgment in error.

A scire facias, under the justice's act of 1824, cannot be returnable forthwith; there must be at least three days between the date and return.
Where the Common Pleas should have reversed the judgment of a justice on a certiorari, the Supreme Court may enter the proper judgment on a writ of error.

ERROR to the Common Pleas. A scire facias had been issued under the justice's act of 1824, returnable *forthwith*, on which an ex parte judgment was taken, which was removed by certiorari to the Court of Common Pleas, and was there affirmed. To reverse that judgment, this writ is brought. The point raised for decision is, that no scire facias can be made returnable *forthwith*.

*S. J. Andrews,* for the plaintiff in error.

*Card,* contra.

COLLETT, J. The law provides (22 *O. L.* 400) for the service of the scire facias, in the same way summonses are served. The summons before a justice is required to be served at least three days before the time fixed for trial; *ib.* 393. The service, therefore, in this case, was not good, and as the proceedings were ex parte, nothing has been waived.

The judgment of the Court of Common Pleas, affirming that of the justice of the peace, is reversed, with costs; and, as the Court of Common Pleas should have rendered a judgment, reversing the justice's judgment, that judgment under our statute is now rendered here; 29 *O. L.* 77.